# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2017

Stephen J. Markman,
Chief Justice

154576(24)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                         SC: 154576
                                         COA: 332119
                                         Wayne CC: 09-004221-FC

JOSHUA LOPP,
      Defendant-Appellant.
_____/

      On order of the Court, the motion for reconsideration of this Court's May 2, 2017 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



a0906

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2017



Clerk